UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**
Office of the Chapter 13 Standing Trustee
Isabel C. Balboa, Esquire
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002

Order Filed on February 23, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

    **CHRISTOPHER LIEBERMAN**
    **KELLEY LIEBERMAN**,

                     Debtors.

Case No.:  22-10269 (ABA)

Judge:  Andrew B. Altenburg, Jr.

## ORDER GRANTING TRUSTEE LEAVE TO RETAIN AN APPRAISER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 23, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

Debtor:   Christopher Lieberman and Kelley Lieberman
Case No.: 22-10269 (ABA)
Caption:  Order Granting Trustee Leave to Retain an Appraiser

---

This matter being opened to the Court by Isabel C. Balboa, the Standing Chapter 13 Trustee in this matter, upon an application for an Order granting the Trustee leave to retain an appraiser, with the appraisal fee and related expenses to be borne by the Debtors' estate, subject to approval of this Court, and the Court having considered the application and documents submitted in support thereof and any objection thereto, and for good cause shown:

**IT IS HEREBY ORDERED** that the Trustee is hereby authorized to retain Wendy Kates as appraiser for the purpose of appraising the Debtors' principal residence, commonly known as 108 Ferrell Street, Clayton, New Jersey and

**IT IS FURTHER ORDERED** that if the appraised value exceeds the Debtors' exemptions and results in a benefit to the creditors, pursuant to 11 U.S.C. 503(b), the fee of $400.00 for said appraisal shall be paid through the Chapter 13 plan as an administrative claim; and

**IT IS FURTHER ORDERED** that in the event a valuation hearing is required and the appraiser is required to appear and give testimony, the cost associated with the appearance and expert testimony will be sought from the Bankruptcy estate subject to further approval of this Court.