Certificate Number: 14912-NJ-DE-036355731

Bankruptcy Case Number: 22-10269



14912-NJ-DE-036355731

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 25, 2022, at 2:13 o'clock PM EST, Christopher Lieberman completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:  February 25, 2022            By:    /s/Jai Bhatt

                                     Name:  Jai Bhatt

                                     Title:  Counselor