Certificate Number: 14912-NJ-DE-036355729

Bankruptcy Case Number: 22-10269



14912-NJ-DE-036355729

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on February 25, 2022, at 2:13 o'clock PM EST, Kelley Lieberman completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of New Jersey.

Date:   February 25, 2022          By:     /s/Jai Bhatt

Name:  Jai Bhatt

Title:   Counselor