| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br>Office of the Chapter 13 Standing Trustee<br>Isabel C. Balboa, Esquire<br>Cherry Tree Corporate Center<br>535 Route 38, Suite 580<br>Cherry Hill, NJ 08002 | Order Filed on February 23, 2022<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**CHRISTOPHER LIEBERMAN**<br>**KELLEY LIEBERMAN**,<br><br>Debtors. | Case No.:  22-10269 (ABA)<br><br>Judge:  Andrew B. Altenburg, Jr. |

### ORDER GRANTING TRUSTEE LEAVE TO RETAIN AN APPRAISER

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: February 23, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2
Debtor:     Christopher Lieberman and Kelley Lieberman
Case No.:   22-10269 (ABA)
Caption:    Order Granting Trustee Leave to Retain an Appraiser

This matter being opened to the Court by Isabel C. Balboa, the Standing Chapter 13 Trustee in this matter, upon an application for an Order granting the Trustee leave to retain an appraiser, with the appraisal fee and related expenses to be borne by the Debtors' estate, subject to approval of this Court, and the Court having considered the application and documents submitted in support thereof and any objection thereto, and for good cause shown:

**IT IS HEREBY ORDERED** that the Trustee is hereby authorized to retain Wendy Kates as appraiser for the purpose of appraising the Debtors' principal residence, commonly known as 108 Ferrell Street, Clayton, New Jersey and

**IT IS FURTHER ORDERED** that if the appraised value exceeds the Debtors' exemptions and results in a benefit to the creditors, pursuant to 11 U.S.C. 503(b), the fee of $400.00 for said appraisal shall be paid through the Chapter 13 plan as an administrative claim; and

**IT IS FURTHER ORDERED** that in the event a valuation hearing is required and the appraiser is required to appear and give testimony, the cost associated with the appearance and expert testimony will be sought from the Bankruptcy estate subject to further approval of this Court.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-10269-ABA

Christopher Lieberman  Chapter 13

Kelley Lieberman

    Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Feb 23, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Christopher Lieberman, Kelley Lieberman, 108 Ferrell Street, Clayton, NJ 08312-1548 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2022      Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Reinherz | on behalf of Joint Debtor Kelley Lieberman reinherzlaw@gmail.com reinherzlaw@aol.com |
| David Reinherz | on behalf of Debtor Christopher Lieberman reinherzlaw@gmail.com reinherzlaw@aol.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com summarymail@standingtrustee.com |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: Feb 23, 2022 | Form ID: pdf903 | Total Noticed: 1 |

U.S. Trustee
                    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6