UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

David Reinherz, Esq
151 Fries Mill Road, Ste 303
Turnersville NJ 08012

In Re:

Christopher Lieberman and Kelley Lieberman

Case No.: 22-10269
Chapter: 13
Adv. No.:
Hearing Date:
Judge: ABA

# CERTIFICATION OF SERVICE

1. I, __David Reinherz, Esq__ :

    ☒ represent __Debtors__ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On __3/8/22__, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.
Amended Schedule C, Summary, Declaration Page

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: __3/8/22__       /s/ David Reinherz, Esq
                                    Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Isabel Balboa, Trustee<br>535 NJ-38, Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| SEE ATTACHED CREDITOR List<br>All sent by Regular Mail<br>MATRIX | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |

Affirm, Inc.
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212


Allied Collection Services
Attn: Bankruptcy
3080 South Durango Drive Suite 208
Las Vegas, NV 89117


Ally Financial
Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438


American Heritage Federal Credit Union
Attn: Bankruptcy
2060 Red Lion Road
Philadelphia, PA 19115


AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096


Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Capital One/Walmart
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130


Comenity Bank/Victoria Secret
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218


Comenity/MPRC
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

```
Comenitybank/wsvisa
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218


Comenitycapital/1stop
Po Box 182120
Columbus, OH 43218


Comenitycapital/Big Lot
Attn: Bankruptcy Dept
Po Box 182125
Columbus, OH 43218


Comenitycb/cosmoprof
Po Box 182120
Columbus, OH 43218


Dell Financial Services
Attn: Bankruptcy
Po Box 81577
Austin, TX 78708


Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054


Fulton Bank
One Penn Square
Lancaster, PA 17602


Haynes Home Furnishing
Attention: Legal
5324 Virginia Beach Boulevard
Virginia Beach, VA 23462


Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201


MOHELA
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005
```

4

Served by regular mail: creditors

```
Quicken Loans-Rocket Mortgage
Attn: Bankruptcy
1050 Woodward Avenue
Detroit, MI 48226


Syncb/Car Care Summi
Attn: Bankruptcy
P.O. Box 965060
Orlando, FL 32896


Syncb/ccdstr
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Syncb/ebay
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Amazon
Attn:  Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Best Brand Plus
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Care Credit
Attn:  Bankruptcy Dept
Po Box 965060
Orlando, FL 32896


Synchrony Bank/hhgregg
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/JCPenney
Attn: Bankruptcy
Po Box 965064
Orlando, FL 32896
```

5

Synchrony Bank/Lowes
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/Sams
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony Bank/TJX
Attn: Bankruptcy Dept
Po Box 965064
Orlando, FL 32896


Synchrony/Ebates
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Synchrony/Sam Ash Music
Attn: Bankruptcy
Po Box 965060
Orlando, FL 32896


Td Retail Card Services/Samsung
Attn: Bankruptcy
Po Box 731
Mahwah, NJ 07430


Valley National Bank
Attn: Bankruptcy
1455 Valley Rd
Wayne, NJ 07470