CHRISTOPHER LIEBERMAN & KELLEY LIEBERMAN
108 FERRELL STREET
CLAYTON, NJ 08312

*OFFICE OF THE CHAPTER 13 STANDING TRUSTEE*
Isabel C. Balboa
Chapter 13 Standing Trustee
Cherry Tree Corporate Center
535 Route 38, Suite 580
Cherry Hill, NJ 08002-2977
(856) 663-5002

**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)**

| | |
|---|---|
| In Re:<br><br>CHRISTOPHER LIEBERMAN<br>KELLEY LIEBERMAN<br><br>Debtor(s). | Proceedings in Chapter 13<br><br>Case No.: 22-10269-ABA<br><br>**TRUSTEE'S STATEMENT PURSUANT TO 11 U.S.C. §§ 1302(c), 1106(a)(3), and 1106(a)(4)** |

The Chapter 13 Standing Trustee hereby submits this Statement of Investigation of the financial affairs of the Debtor(s) pursuant to 11 U.S.C. §§ 1302(c), 1106(a)(3) and 1106(a)(4).

1. The Trustee's office has conducted a § 341(a) Meeting of Creditors and a business examination which consisted of the review of the Petition, Schedules A - J, Statement of Financial Affairs, and Statement of Current Monthly Income, including a comparison between the Debtor(s)' filed petition and schedules and Certification of Business Debtor (attached hereto as Exhibit "A").

2. The Trustee, except to the extent that the Court orders otherwise, has investigated the acts, conduct, assets, liabilities, and financial condition of the Debtor(s), the operation of the Debtor(s)' business and the desirability of the continuance of such business, and any other matter relevant to the case or to the formulation of a plan.

3. Furthermore, in connection with the investigation, the Trustee has not ascertained any fact pertaining to fraud, dishonesty, incompetence, misconduct, mismanagement or irregularity in the management of the affairs of Debtor(s), or to a cause of action available to the estate.

Dated: March 23, 2022

ICB: KES
via first class mail:

    CHRISTOPHER LIEBERMAN
    KELLEY LIEBERMAN

Respectfully submitted,

***/s/ ISABEL C. BALBOA***
ISABEL C. BALBOA
Chapter 13 Standing Trustee

Form 20020-00-Trustee's Statement; Chapter 13 Standing Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
(Camden)

IN RE:

___Kelley and Christopher Lieberman_____

Debtor(s).

Proceedings in Chapter 13

Case Number: 22-10269_____(ABA)

CERTIFICATION OF DEBTOR
FOR DISSOLUTION OF A BUSINESS WITHIN THE
LAST TWO (2) YEARS

I, _____Kelley Lieberman_____ being duly sworn, upon my oath state:

1. I had an ownership interest in the business known as _____Kelley Lieberman_____.
2. I operated the business at _____108 ferrell street, Clayton, NJ 08312_____.
3. I operated this business as a (sole proprietorship).
4. I started this business on 01/01/2014.
5. I ended this business on 12/31/2020.
6. I had an ownership interest of ____100_____ %.
7. I (dissolved) the business.
8. I (have) complied with all Federal and State requirements regarding the closure of this business.
9. I had bank accounts in the following financial institutions which were utilized for my business operations (include Paypal & online accounts):

| Bank Name | Type of Account / Purpose | Account Number (Last 4 digits) |
|---|---|---|
| Fulton Bank | Checking | |
| | | |
| Elmer Bank | Checking | |

10. I (have) closed (Elmer Bank) these accounts with the bank.
11. I (have) filed **final** business tax returns with the Internal Revenue Service and State of New Jersey or any other state or commonwealth for all the prior tax years, for which I/the business were required to file a return.
12. At the time of closing, the value of my business assets, including tools, equipment, inventory, and accounts totaled $_____0_____.
13. At the time of closing, I had business obligations which totaled $_____0_____.

14. In support of this certification and as required by the Standing Trustee, I provide the following attached documents (attached):

☐ Verification of dissolution of the business from the Internal Revenue Service and/or State of New Jersey or any other state or commonwealth;

☐ Last two (2) filed Federal Tax Returns, with all supporting schedules and statements;

X Bank statements for six (6) months ending the month prior to filing OR verification that all business accounts have been closed.

I declare under penalty of perjury that the foregoing statements are true and correct.

I have read and acknowledge my responsibilities as a business debtor.

I understand that by filing this certification with the Standing Trustee and attachments in its support, I am signing the document under Fed. R. Bankr. P. 9011.

I declare that (my attorney) will retain the original signature of this certification for a period of seven (7) years from the date of the closing of this case pursuant to Fed. R. Bankr. P. 8011.

Date: 1/12/22    /s/ _____
                              Debtor

Date: 1/12/22    /s/ _____
                              Co-Debtor