Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 22−10269−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Christopher Lieberman<br>aka Christopher A Lieberman<br>108 Ferrell Street<br>Clayton, NJ 08312 | Kelley Lieberman<br>aka Kelley L Lieberman, fka Kelley Constantino<br>108 Ferrell Street<br>Clayton, NJ 08312 |

Social Security No.:
 xxx−xx−8476                              xxx−xx−8509

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on March 24, 2022.

Dated: March 24, 2022
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                                               Case No. 22-10269-ABA
Christopher Lieberman                                                                    Chapter 13
Kelley Lieberman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1                   User: admin                 Page 1 of 4
Date Rcvd: Mar 24, 2022          Form ID: plncf13           Total Noticed: 53

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 26, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christopher Lieberman, Kelley Lieberman, 108 Ferrell Street, Clayton, NJ 08312-1548 |
| app | + | Wendy Kates, 420 Valley Run Drive, Cherry Hill, NJ 08002-2406 |
| 519483789 | + | Haynes Home Furnishing, Attention: Legal, 5324 Virginia Beach Boulevard, Virginia Beach, VA 23462-1828 |
| 519483791 | ++ | MOHELA, CLAIMS DEPARTMENT, 633 SPIRIT DRIVE, CHESTERFIELD MO 63005-1243 address filed with court:, MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519483805 | + | Synchrony/Sam Ash Music, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519487896 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519483807 | ++ | VALLEY, ATTN ATTN LEGAL DEPARTMENT, 1455 VALLEY ROAD, WAYNE NJ 07470-8448 address filed with court:, Valley National Bank, Attn: Bankruptcy, 1455 Valley Rd, Wayne, NJ 07470 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Mar 24 2022 20:44:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Mar 24 2022 20:44:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 24 2022 20:42:14 | Ally Bank Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:20 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519483773 | + | Email/Text: backoffice@affirm.com | Mar 24 2022 20:44:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519483774 | + | Email/Text: banko@acsnv.com | Mar 24 2022 20:44:00 | Allied Collection Services, Attn: Bankruptcy, 3080 South Durango Drive Suite 208, Las Vegas, NV 89117-9194 |
| 519485898 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 24 2022 20:42:23 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519509708 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Mar 24 2022 20:42:14 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519483775 | + | Email/Text: ally@ebn.phinsolutions.com | Mar 24 2022 20:38:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |

Case 22-10269-ABA   Doc 33   Filed 03/26/22   Entered 03/27/22 00:15:20   Desc Imaged
Certificate of Notice   Page 3 of 5

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 4 |
| Date Rcvd: Mar 24, 2022 | Form ID: plncf13 | Total Noticed: 53 |

| Recip ID | | Notice Method | Date/Time | Recipient |
|---|---|---|---|---|
| 519483777 | + | Email/Text: GMFINANCIAL@EBN.PHINSOLUTIONS.COM Mar 24 2022 20:44:00 | | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519483776 | + | Email/Text: broman@amhfcu.org Mar 24 2022 20:44:00 | | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 519483778 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Mar 24 2022 20:41:51 | | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519490932 | + | Email/PDF: ebn_ais@aisinfo.com Mar 24 2022 20:52:38 | | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519483779 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com Mar 24 2022 20:41:51 | | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519483780 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 24 2022 20:44:00 | | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519483781 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 24 2022 20:44:00 | | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519483782 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 24 2022 20:44:00 | | Comenitybank/wsvisa, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519483783 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 24 2022 20:44:00 | | Comenitycapital/1stop, Po Box 182120, Columbus, OH 43218-2120 |
| 519483784 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 24 2022 20:44:00 | | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519483785 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Mar 24 2022 20:44:00 | | Comenitycb/cosmoprof, Po Box 182120, Columbus, OH 43218-2120 |
| 519483786 | | Email/PDF: DellBKNotifications@resurgent.com Mar 24 2022 20:42:16 | | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 519487916 | | Email/Text: mrdiscen@discover.com Mar 24 2022 20:38:00 | | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519483787 | + | Email/Text: mrdiscen@discover.com Mar 24 2022 20:38:00 | | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519483788 | + | Email/Text: bankruptcy@fult.com Mar 24 2022 20:44:00 | | Fulton Bank, One Penn Square, Lancaster, PA 17602-2853 |
| 519491429 | + | Email/Text: PBNCNotifications@peritusservices.com Mar 24 2022 20:38:00 | | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519483790 | + | Email/Text: PBNCNotifications@peritusservices.com Mar 24 2022 20:38:00 | | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519501768 | | Email/PDF: resurgentbknotifications@resurgent.com Mar 24 2022 20:42:29 | | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519483791 | | Email/Text: ClaimsHelp@Mohela.com Mar 24 2022 20:38:00 | | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519487600 | + | Email/Text: bankruptcydpt@mcmcg.com Mar 24 2022 20:44:00 | | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519522404 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 24 2022 20:42:15 | | Portfolio Recovery Associates, LLC, c/o DELL FINANCIAL SERVICES, L.L.C., POB 41067, Norfolk, VA 23541 |
| 519501579 | | Email/Text: bnc-quantum@quantum3group.com Mar 24 2022 20:44:00 | | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519500457 | | Email/Text: bnc-quantum@quantum3group.com Mar 24 2022 20:44:00 | | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519483792 | + | Email/Text: bankruptcyteam@quickenloans.com Mar 24 2022 20:44:00 | | Quicken Loans-Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Mar 24, 2022 | Form ID: plncf13 | Total Noticed: 53 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 519494657 | + | Email/Text: bankruptcyteam@quickenloans.com | Mar 24 2022 20:44:00 | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519483793 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:11 | Syncb/Car Care Summi, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 519483794 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:21 | Syncb/ccdstr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519483795 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:14 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519484486 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:41:50 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519483796 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:22 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519483797 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:11 | Synchrony Bank/Best Brand Plus, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519483798 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:14 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519483800 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:21 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519483801 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:41:56 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519483802 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:13 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519483803 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:11 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519483799 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:41:48 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519483804 | + | Email/PDF: gecsedi@recoverycorp.com | Mar 24 2022 20:42:11 | Synchrony/Ebates, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |

TOTAL: 47

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519483806 | ##+ | Td Retail Card Services/Samsung, Attn: Bankruptcy, Po Box 731, Mahwah, NJ 07430-0731 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Mar 26, 2022            Signature:       /s/Joseph Speetjens

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Mar 24, 2022 | Form ID: plncf13 | Total Noticed: 53 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 24, 2022 at the address(es) listed below:**

**Name**     **Email Address**

David Reinherz
    on behalf of Joint Debtor Kelley Lieberman reinherzlaw@gmail.com reinherzlaw@aol.com

David Reinherz
    on behalf of Debtor Christopher Lieberman reinherzlaw@gmail.com reinherzlaw@aol.com

Denise E. Carlon
    on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com summarymail@standingtrustee.com

Isabel C. Balboa
    ecfmail@standingtrustee.com summarymail@standingtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 6