UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Janet L. Gold, Esquire
EISENBERG, GOLD & CETTEI, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034
(856) 330-6200

In Re:

Christopher Lieberman and Kelley Lieberman

**Order Filed on July 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No. 22-10269 ABA

Hearing Date:
Judge: Andrew B. Altenburg

CONSENT ORDER ALLOWING PROOF OF
CLAIM TO BE FILED OUT OF TIME

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 8, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Christopher & Kelley Lieberman
Case No: 22-10269 ABA
Consent Order: Allowing Proof of Claim to be Filed Out of Time

It appearing that Fulton Bank, N.A, a Secured Creditor holding a second mortgage on Debtors property located at, 108 Ferrell Street, Clayton, NJ 08312 failed to file a proof of claim within the time frame set by the court; and it further appears that the mortgage was current at the time of the filing and remains current with respect to payments; and it further appearing that the counsel for the debtor and counsel for Fulton Bank, N.A have consented to file a proof of claim out of time, it is ordered that. the parties having consented to the relief, and for cause shown, it is ORDERED that:

1. Fulton Bank NA may file a proof of claim out of time which claims shall be filed on or before July 29, 2022.
2. Electronic signatures shall be valid as original signatures and this consent order may be signed in counter parts.
3. By signing the consent order debtors counsel represents the debtors familiar with the terms of the consent order and agrees to said terms regardless of whether the debtor has signed said consent order.

We hereby consent to the form of entry of the within order.

**EISENBERG, GOLD & AGRAWAL, P.C.** Attorneys for Fulton Bank N.A

**REINHERZ LAW**, Attorney(s) for Christopher Lieberman and Kelley Lieberman, Debtors

By: _____
JANET L. GOLD, Esquire

By: _____
David Reinherz, Esquire