UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

Janet L. Gold, Esquire
EISENBERG, GOLD & CETTEI, P.C.
1040 North Kings Highway, Suite 200
Cherry Hill, New Jersey 08034
(856) 330-6200

**Order Filed on July 8, 2022
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:

Christopher Lieberman and Kelley Lieberman

Case No. 22-10269 ABA

Hearing Date:
Judge: Andrew B. Altenburg

CONSENT ORDER ALLOWING PROOF OF
CLAIM TO BE FILED OUT OF TIME

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: July 8, 2022**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor: Christopher & Kelley Lieberman
Case No: 22-10269 ABA
Consent Order: Allowing Proof of Claim to be Filed Out of Time

It appearing that Fulton Bank, N.A, a Secured Creditor holding a second mortgage on Debtors property located at, 108 Ferrell Street, Clayton, NJ 08312 failed to file a proof of claim within the time frame set by the court; and it further appears that the mortgage was current at the time of the filing and remains current with respect to payments; and it further appearing that the counsel for the debtor and counsel for Fulton Bank, N.A have consented to file a proof of claim out of time, it is ordered that. the parties having consented to the relief, and for cause shown, it is ORDERED that:

1. Fulton Bank NA may file a proof of claim out of time which claims shall be filed on or before July 29, 2022.
2. Electronic signatures shall be valid as original signatures and this consent order may be signed in counter parts.
3. By signing the consent order debtors counsel represents the debtors familiar with the terms of the consent order and agrees to said terms regardless of whether the debtor has signed said consent order.

We hereby consent to the form of entry of the within order.

**EISENBERG, GOLD & AGRAWAL, P.C.** Attorneys for Fulton Bank N.A

REINHERZ LAW, Attorney(s) for Christopher Lieberman and Kelley Lieberman, Debtors

By: _____
JANET L. GOLD, Esquire

By: _____
David Reinherz, Esquire

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 22-10269-ABA |
| Christopher Lieberman | Chapter 13 |
| Kelley Lieberman | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 08, 2022 | Form ID: pdf903 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Christopher Lieberman, Kelley Lieberman, 108 Ferrell Street, Clayton, NJ 08312-1548 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2022     Signature:     /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 8, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| David Reinherz | |
| | on behalf of Joint Debtor Kelley Lieberman reinherzlaw@gmail.com  reinherzlaw@aol.com |
| David Reinherz | |
| | on behalf of Debtor Christopher Lieberman reinherzlaw@gmail.com  reinherzlaw@aol.com |
| Denise E. Carlon | |
| | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | |
| | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Isabel C. Balboa | |
| | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Janet Gold | |

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jul 08, 2022 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor FULTON BANK  N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7