Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-10269 (ABA)

Christopher Lieberman and Kelley Lieberman  
108 Ferrell Street  
Clayton, NJ  08312

Monthly Payment: $200.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/17/2023 | $200.00 | 02/09/2023 | $200.00 | 03/08/2023 | $200.00 | 04/10/2023 | $200.00 |
| 05/17/2023 | $200.00 | 06/08/2023 | $200.00 | 07/07/2023 | $200.00 | 08/14/2023 | $200.00 |
| 09/05/2023 | $200.00 | 10/25/2023 | $200.00 | 12/07/2023 | $200.00 | | |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | CHRISTOPHER LIEBERMAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | DAVID REINHERZ, ESQUIRE | 13 | $3,000.00 | $3,000.00 | $0.00 | $1,349.25 |
| 1 | AFFIRM, INC. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ALLIED COLLECTION SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ALLY FINANCIAL | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | AMERICREDIT/GM FINANCIAL | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | AMERICAN HERITAGE F.C.U. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | CAPITAL ONE, N.A. | 33 | $6,930.17 | $32.26 | $6,897.91 | $32.26 |
| 7 | CAPITAL ONE/WALMART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | QUANTUM3 GROUP, LLC | 33 | $909.21 | $4.24 | $904.97 | $4.24 |
| 9 | LVNV FUNDING, LLC | 33 | $3,949.35 | $18.38 | $3,930.97 | $18.38 |
| 10 | COMENITYBANK/WSVISA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | COMENITYCAPITAL/1STOP | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | QUANTUM3 GROUP, LLC | 33 | $1,116.55 | $5.20 | $1,111.35 | $5.20 |
| 13 | COMENITYCB/COSMOPROF | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $6,787.55 | $31.59 | $6,755.96 | $31.59 |
| 15 | DISCOVER BANK | 33 | $13,819.15 | $64.31 | $13,754.84 | $64.31 |
| 16 | FULTON BANK, N.A. | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | HAYNES HOME FURNISHING | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | KOHL'S | 33 | $2,841.55 | $13.23 | $2,828.32 | $13.23 |
| 19 | U.S. DEPARTMENT OF EDUCATION | 33 | $15,236.00 | $70.91 | $15,165.09 | $70.91 |
| 20 | ROCKET MORTGAGE, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | SYNCB/CAR CARE SUMMI | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | SYNCB/CCDSTR | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | SYNCB/EBAY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | SYNCHRONY BANK/AMAZON | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | QUANTUM3 GROUP, LLC | 33 | $1,843.30 | $8.57 | $1,834.73 | $8.57 |
| 26 | QUANTUM3 GROUP, LLC | 33 | $11,424.64 | $53.17 | $11,371.47 | $53.17 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | SYNCHRONY BANK/JCPENNEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | SYNCHRONY BANK/LOWES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | SYNCHRONY BANK/SAMS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $4,568.24 | $21.26 | $4,546.98 | $21.26 |
| 31 | SYNCHRONY BANK/HHGREGG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | QUANTUM3 GROUP, LLC | 33 | $1,279.81 | $5.96 | $1,273.85 | $5.96 |
| 33 | SYNCHRONY/SAM ASH MUSIC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | TD RETAIL CARD SERVICES | 33 | $2,421.12 | $11.27 | $2,409.85 | $11.27 |
| 35 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | VALLEY NATIONAL BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | DAVID REINHERZ | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | KELLEY LIEBERMAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $562.01 | $2.61 | $559.40 | $2.61 |
| 41 | DISCOVER BANK | 33 | $21,749.97 | $101.22 | $21,648.75 | $101.22 |
| 42 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $6,270.98 | $29.19 | $6,241.79 | $29.19 |
| 43 | CAPITAL ONE, N.A. | 33 | $6,520.84 | $30.34 | $6,490.50 | $30.34 |
| 44 | CAPITAL ONE, N.A. | 33 | $2,956.33 | $13.74 | $2,942.59 | $13.74 |
| 45 | CAPITAL ONE, N.A. | 33 | $4,762.73 | $22.17 | $4,740.56 | $22.17 |
| 46 | KOHL'S | 33 | $1,219.93 | $5.68 | $1,214.25 | $5.68 |
| 47 | LVNV FUNDING, LLC | 33 | $2,658.56 | $12.38 | $2,646.18 | $12.38 |
| 48 | LVNV FUNDING, LLC | 33 | $4,056.34 | $18.88 | $4,037.46 | $18.88 |
| 49 | LVNV FUNDING, LLC | 33 | $4,115.77 | $19.16 | $4,096.61 | $19.16 |
| 50 | LVNV FUNDING, LLC | 33 | $988.45 | $4.60 | $983.85 | $4.60 |
| 51 | LVNV FUNDING, LLC | 33 | $8,869.52 | $41.27 | $8,828.25 | $41.27 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2022 | 36.00 | $200.00 |
| 02/01/2025 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $2,200.00 |
| Total paid to creditors this period: | $1,990.84 |
| Undistributed Funds on Hand: | $180.80 |
| Arrearages: | $597.00 |
| Attorney: | DAVID REINHERZ, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**