UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)

Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for Fulton Bank, N.A.

Order Filed on May 28, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:
Christopher Lieberman
Kelley Lieberman

Case No.: 22-10269

Hearing Date: _____

Judge: ABA

Chapter: 13

# ORDER EXTENDING TIME TO FILE NOTICE OF PAYMENT CHANGE

The relief set forth on the following page is **ORDERED**.

**DATED: May 28, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having come before the Court on motion for an order extending the time within which the movant is to file Notices Of Payment Change, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown, it is

ORDERED that the time within which movant must file Notices Of Payment Change hereby is extended to annually.   The movant shall serve this order on the debtor and any trustee.