**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Eisenberg Gold & Agrawal, P.C.
1040 Kings Highway North #200
Cherry Hill, NJ 08034
(856) 330-6200
Attorney for Fulton Bank, N.A.

Order Filed on May 28, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Christopher Lieberman
Kelley Lieberman

| | |
|---|---|
| Case No.: | 22-10269 |
| Hearing Date: | |
| Judge: | ABA |
| Chapter: | 13 |

# ORDER EXTENDING TIME TO FILE NOTICE OF PAYMENT CHANGE

The relief set forth on the following page is **ORDERED**.

**DATED: May 28, 2024**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

This matter having come before the Court on motion for an order extending the time within which the movant is to file Notices Of Payment Change, all interested parties having been duly served, the Court having considered all of the papers submitted, along with any arguments of counsel, and for good cause shown, it is

ORDERED that the time within which movant must file Notices Of Payment Change hereby is extended to annually.   The movant shall serve this order on the debtor and any trustee.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-10269-ABA
Christopher Lieberman  Chapter 13
Kelley Lieberman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 2
Date Rcvd: May 28, 2024      Form ID: pdf903      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2024:**

**Recip ID**      **Recipient Name and Address**
db/jdb      + Christopher Lieberman, Kelley Lieberman, 108 Ferrell Street, Clayton, NJ 08312-1548

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2024 at the address(es) listed below:

**Name**      **Email Address**

Andrew B Finberg
     ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us

David Reinherz
     on behalf of Debtor Christopher Lieberman reinherzlaw@gmail.com  reinherzlaw@aol.com

David Reinherz
     on behalf of Joint Debtor Kelley Lieberman reinherzlaw@gmail.com  reinherzlaw@aol.com

Denise E. Carlon
     on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Isabel C. Balboa
     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com

Janet Gold

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 2 of 2 |
| Date Rcvd: May 28, 2024 | Form ID: pdf903 | Total Noticed: 1 |

on behalf of Creditor FULTON BANK  N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor FULTON BANK  N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com

TOTAL: 8