**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Christopher Lieberman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8476<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Kelley Lieberman<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–8509<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   22-10269-ABA

## Order of Discharge                                                                                                12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Christopher Lieberman                           Kelley Lieberman
aka Christopher A Lieberman                     aka Kelley L Lieberman, fka Kelley Constantino

2/5/25                                          **By the court:** Andrew B. Altenburg Jr.
                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-10269-ABA
Christopher Lieberman  Chapter 13
Kelley Lieberman
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 4
Date Rcvd: Feb 05, 2025  Form ID: 3180W  Total Noticed: 58

The following symbols are used throughout this certificate:
**Symbol**  **Definition**

\+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++  Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^  Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#  Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | #+ | Christopher Lieberman, 108 Ferrell Street, Clayton, NJ 08312-1548 |
| jdb | + | Kelley Lieberman, 108 Ferrell Street, Clayton, NJ 08312-1548 |
| app | + | Wendy Kates, 420 Valley Run Drive, Cherry Hill, NJ 08002-2406 |
| 519483789 | + | Haynes Home Furnishing, Attention: Legal, 5324 Virginia Beach Boulevard, Virginia Beach, VA 23462-1828 |
| 519483792 | + | Quicken Loans-Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 519494657 | + | Rocket Mortgage, LLC fka Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 519483807 | ++ | VALLEY, ATTN ATTN LEGAL DEPARTMENT, 1455 VALLEY ROAD, WAYNE NJ 07470-2089 address filed with court:, Valley National Bank, Attn: Bankruptcy, 1455 Valley Rd, Wayne, NJ 07470 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 05 2025 20:47:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 05 2025 20:47:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | EDI: AISACG.COM | Feb 06 2025 01:32:00 | Ally Bank Department, AIS Portfolio Services, LP, 4515 N Santa Fe Ave., Dept. APS, Oklahoma City, OK 73118-7901 |
| cr | + | EDI: PRA.COM | Feb 06 2025 01:32:00 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519483773 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Feb 05 2025 20:57:54 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519483774 | + | Email/Text: banko@acsnv.com | Feb 05 2025 20:47:00 | Allied Collection Services, Attn: Bankruptcy, 3080 South Durango Drive Suite 208, Las Vegas, NV 89117-9194 |
| 519485898 | + | EDI: AISACG.COM | Feb 06 2025 01:32:00 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519509708 | + | EDI: AISACG.COM | Feb 06 2025 01:32:00 | Ally Bank c/o AIS Portfolio Services, LP, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 519483775 | + | EDI: GMACFS.COM | Feb 06 2025 01:32:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |

Case 22-10269-ABA    Doc 54    Filed 02/07/25    Entered 02/08/25 00:16:01    Desc Imaged
                                Certificate of Notice    Page 4 of 6

| District/off: 0312-1 | User: admin | Page 2 of 4 |
| --- | --- | --- |
| Date Rcvd: Feb 05, 2025 | Form ID: 3180W | Total Noticed: 58 |

| Recipient ID | Delivery Method | Date/Time | Name and Address |
| --- | --- | --- | --- |
| 519483777 | + EDI: PHINAMERI.COM | Feb 06 2025 01:32:00 | AmeriCredit/GM Financial, Attn: Bankruptcy, Po Box 183853, Arlington, TX 76096-3853 |
| 519483776 | + Email/Text: jvalencia@amhfcu.org | Feb 05 2025 20:47:00 | American Heritage Federal Credit Union, Attn: Bankruptcy, 2060 Red Lion Road, Philadelphia, PA 19115-1699 |
| 519483778 | + EDI: CAPITALONE.COM | Feb 06 2025 01:32:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519490932 | + EDI: AIS.COM | Feb 06 2025 01:33:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519483779 | + EDI: CAPITALONE.COM | Feb 06 2025 01:32:00 | Capital One/Walmart, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 519483780 | + EDI: WFNNB.COM | Feb 06 2025 01:32:00 | Comenity Bank/Victoria Secret, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519483781 | + EDI: WFNNB.COM | Feb 06 2025 01:32:00 | Comenity/MPRC, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519483782 | + EDI: WFNNB.COM | Feb 06 2025 01:32:00 | Comenitybank/wsvisa, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519483783 | + EDI: WFNNB.COM | Feb 06 2025 01:32:00 | Comenitycapital/1stop, Po Box 182120, Columbus, OH 43218-2120 |
| 519483784 | + EDI: WFNNB.COM | Feb 06 2025 01:32:00 | Comenitycapital/Big Lot, Attn: Bankruptcy Dept, Po Box 182125, Columbus, OH 43218-2125 |
| 519483785 | + EDI: WFNNB.COM | Feb 06 2025 01:32:00 | Comenitycb/cosmoprof, Po Box 182120, Columbus, OH 43218-2120 |
| 519483786 | Email/PDF: DellBKNotifications@resurgent.com | Feb 05 2025 20:44:15 | Dell Financial Services, Attn: Bankruptcy, Po Box 81577, Austin, TX 78708 |
| 519487916 | EDI: DISCOVER | Feb 06 2025 01:32:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 519483787 | + EDI: DISCOVER | Feb 06 2025 01:32:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 519483788 | + Email/Text: bankruptcy@fultonbank.com | Feb 05 2025 20:47:00 | Fulton Bank, One Penn Square, Lancaster, PA 17602-2853 |
| 519661601 | + Email/Text: bankruptcy@fultonbank.com | Feb 05 2025 20:47:00 | Fulton Bank, N.A., One Penn Square, PO Box 4887, Lancaster, PA 17604-4887 |
| 519491429 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 05 2025 20:46:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 519483790 | + Email/Text: PBNCNotifications@peritusservices.com | Feb 05 2025 20:46:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519501768 | Email/PDF: resurgentbknotifications@resurgent.com | Feb 05 2025 20:57:10 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519483791 | Email/Text: EBN@Mohela.com | Feb 05 2025 20:46:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519620475 | Email/Text: EBN@Mohela.com | Feb 05 2025 20:46:00 | US Department of Education/MOHELA, 633 Spirit Drive, Chesterfield MO 63005 |
| 519487600 | + Email/Text: bankruptcydpt@mcmcg.com | Feb 05 2025 20:47:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 519522404 | EDI: PRA.COM | Feb 06 2025 01:32:00 | Portfolio Recovery Associates, LLC, c/o DELL FINANCIAL SERVICES, L.L.C., POB 41067, Norfolk, VA 23541 |
| 519501579 | EDI: Q3G.COM | Feb 06 2025 01:32:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0312-1 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Feb 05, 2025 | Form ID: 3180W | Total Noticed: 58 |

| | | | | |
|---|---|---|---|---|
| 519547203 | | EDI: Q3G.COM | Feb 06 2025 01:32:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 519500457 | | EDI: Q3G.COM | Feb 06 2025 01:32:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519483793 | + | EDI: SYNC | Feb 06 2025 01:32:00 | Syncb/Car Care Summi, Attn: Bankruptcy, P.O. Box 965060, Orlando, FL 32896-5060 |
| 519483794 | + | EDI: SYNC | Feb 06 2025 01:32:00 | Syncb/ccdstr, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519483795 | + | EDI: SYNC | Feb 06 2025 01:32:00 | Syncb/ebay, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519484486 | ^ | MEBN | Feb 05 2025 20:42:33 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519483796 | + | EDI: SYNC | Feb 06 2025 01:32:00 | Synchrony Bank/Amazon, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519483797 | + | EDI: SYNC | Feb 06 2025 01:32:00 | Synchrony Bank/Best Brand Plus, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519483798 | + | EDI: SYNC | Feb 06 2025 01:32:00 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965060, Orlando, FL 32896-5060 |
| 519483800 | + | EDI: SYNC | Feb 06 2025 01:32:00 | Synchrony Bank/JCPenney, Attn: Bankruptcy, Po Box 965064, Orlando, FL 32896-5064 |
| 519483801 | + | EDI: SYNC | Feb 06 2025 01:32:00 | Synchrony Bank/Lowes, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519483802 | + | EDI: SYNC | Feb 06 2025 01:32:00 | Synchrony Bank/Sams, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519483803 | + | EDI: SYNC | Feb 06 2025 01:32:00 | Synchrony Bank/TJX, Attn: Bankruptcy Dept, Po Box 965064, Orlando, FL 32896-5064 |
| 519483799 | + | EDI: SYNC | Feb 06 2025 01:32:00 | Synchrony Bank/hhgregg, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519483804 | + | EDI: SYNC | Feb 06 2025 01:32:00 | Synchrony/Ebates, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519483805 | + | EDI: SYNC | Feb 06 2025 01:32:00 | Synchrony/Sam Ash Music, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 519487896 | + | EDI: CBSTDR | Feb 06 2025 01:32:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 519483806 | + | EDI: TDBANKNORTH.COM | Feb 06 2025 01:33:00 | Td Retail Card Services/Samsung, Attn: Bankruptcy, Po Box 731, Mahwah, NJ 07430-0731 |

TOTAL: 51

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 4 of 4 |
| Date Rcvd: Feb 05, 2025 | Form ID: 3180W | Total Noticed: 58 |

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2025         Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| David Reinherz | on behalf of Debtor Christopher Lieberman reinherzlaw@gmail.com  reinherzlaw@aol.com |
| David Reinherz | on behalf of Joint Debtor Kelley Lieberman reinherzlaw@gmail.com  reinherzlaw@aol.com |
| Denise E. Carlon | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Isabel C. Balboa | on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Janet Gold | on behalf of Creditor FULTON BANK  N.A. jgold@egclawfirm.com, alapinski@egalawfirm.com,jwingfield@egalawfirm.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor FULTON BANK  N.A. wcraig@egalawfirm.com, mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8